UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
FRANK GALLO,

                    Plaintiff,

    - against -

COUNTERPATH CORPORATION,
TERENCE MATTHEWS, OWEN MATTHEWS,
CHRIS R. COOPER, LARRY TIMLICK,
BRUCE JOYCE, and STEVEN BRUK,

                    Defendants.
```

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/5/2021
```

21 Civ. 1031 (VM)

**ORDER**

**VICTOR MARRERO, United States District Judge.**

On February 4, 2021, Plaintiff Frank Gallo filed his complaint in the above-titled action. (See Dkt. No 1.) On February 25, 2021, the Court ordered the Plaintiff to respond to Defendants' letter asserting that the above-captioned case is suitable for consolidation with McPheters v. Counterpath Corp., No. 21 Civ. 1189. A review of the Docket Sheet for this action indicates that since then there has been no record of any proceedings, filings of any papers, or correspondence with the Court.

Accordingly, it is hereby

**ORDERED** that the above-named Plaintiff inform the Court, within thirty (30) days of the date of this Order, concerning the status of this action and his contemplation to any further proceedings. In the event no timely response to this Order is

submitted, the Court may dismiss the action without further notice for lack of prosecution.

**SO ORDERED.**

Dated:   New York, New York
         October 5, 2021

_____
Victor Marrero
U.S.D.J.